*The Law Office of*
# BORRELLI & ASSOCIATES, P.L.L.C.
## ATTORNEYS AT LAW





One Old Country Road
Suite 347
Carle Place, NY 11514
Telephone (516) 248-5550
Fax (516) 248-6027

350 Fifth Avenue
Suite 6902
New York, NY 10118
Telephone (212) 679-5000
Fax (212) 967-3010

April 7, 2008

Honorable Alvin K. Hellerstein
United State Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

RE: ASHMEADE V. THE NEW YORK AND PRESBYTERIAN HOSPITAL
CIVIL CASE NO.: 08 CV 1829 (AKH)

Dear Judge Hellerstein:

    This office represents the Plaintiff in the above referenced matter and we write seeking an adjournment of the initial conference in this matter. The initial conference is currently scheduled for Friday, April 11, 2008 at 9:30 a.m. This is Plaintiff's first request for an adjournment. The reason for the adjournment is that our adversaries ignored our request to waive service and therefore have yet to be served. The deadline for the waiver's return was April 4, 2008. I contacted the General Counsel for the Defendant who informed me on April 4, 2008 the identity of counsel for Defendant. I left counsel a telephone message but have not had that message yet returned.

    Thank you for your consideration of this request. Should you have any questions or concerns, please contact the undersigned.

Very truly yours,

MICHAEL J. BORRELLI (MB 8533)

D:\mp/litigation/federal/edny/ashmeade/letters