James S. Frank, Esq. (JF 5389)
Robyn Ruderman, Esq. (RR 6891)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant
THE NEW YORK AND
PRESBYTERIAN HOSPITAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x
SHERILLE ASHMEADE                              :     ECF CASE
                   Plaintiff,                  :
                                               :     08-CV-01829
         - against -                           :     (Hellerstein, J)
                                               :
THE NEW YORK AND PRESBYTERIAN HOSPITAL         :     **STATEMENT UNDER**
                                               :     **FED.R.CIV.P. 7.1**
                                               :
                   Defendant.                  :
-------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendant The New York and Presbyterian Hospital certifies that there are no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

Dated: New York, New York
       June 13, 2008

                                                   EPSTEIN BECKER & GREEN, P.C.

                                                   By: _____
                                                       James S. Frank (JF 5389)
                                                       Robyn Ruderman (RR 6891)
                                                   250 Park Avenue
                                                   New York, New York 10177-1211
                                                   (212) 351-4500
                                                   Attorneys for Defendant
                                                   The New York and Presbyterian Hospital

To:    Michael J. Borrelli, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
New York, NY 10005
Attorneys for Plaintiff